**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**EASTERN DIVISION**

**JOSHUA J. JENKINS**                                                                          **PETITIONER**

**v.**                                        **Case No. 2:18-cv-0040-KGB-PSH**

**USA,** *et al.*                                                                          **RESPONDENTS**

## JUDGMENT

Pursuant to the Order entered this date, it is considered, ordered, and adjudged that petitioner Joshua J. Jenkins' petition for writ of habeas corpus is dismissed. The Court denies his request for relief.

So adjudged this the 13th day of February, 2019.

_____
Kristine G. Baker
United States District Judge